**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00230-CV

**MANJIT KAUR-GARDNER, Appellant**

**V.**

**KEANE LANDSCAPING, INC., Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00355-2016**

## ORDER

Before the Court is appellant's July 17, 2017 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 7, 2017**.

/s/      ELIZABETH LANG-MIERS
JUSTICE